UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OCA, INC, ET AL.                     CIVIL ACTION

                                            NO: 08-1716

                                            SECTION: R(3)


### ORDER AND REASONS

Before the Court is the motion of the defendants to withdraw the reference to the Bankruptcy Court.  OCA brought an adversary proceeding in the Bankruptcy Court against Jefferson L. Newbern, Jeanne Newbern, and Newbern Dental Center, Inc. f/k/a Newbern & Newbern, LLP (hereinafter collectively referred to as "the Newberns").  The case involves claims and counterclaims for breach of contract and other state law claims arising out of the parties' performance under a "business service agreement," in which OCA agreed to provide various business and administrative services to the doctors in exchange for payment based on the doctors' revenues.  This case presents essentially the same

claims, counterclaims, and procedural issues as the other 58 cases in which this Court has withdrawn the reference to the Bankruptcy Court.  On November 5, 2007, the Court withdrew the references in 55 other cases that presented similar issues as those contained here.  *See In re OCA, Inc.*, 2007 WL 3274930 (E.D. La. 2007).  The Court withdrew the reference in three other cases on March 5, 2008.  *See In re OCA, Inc.,* Civ. A. No. 07-9222, R. Doc. 6.  OCA opposes withdrawal of the reference in this case, and it incorporates essentially the same arguments that it made in opposition to withdrawal of the reference in other cases.

This case presents a slightly different factual scenario from the other cases in that the Newberns moved to withdraw the reference two months before their trial, which was originally scheduled to begin on June 2, 2008, and which has since been continued to November 2008.  OCA contends that the Newberns' motion is untimely.  The Court notes, however, that in its earlier orders denying without prejudice motions for withdrawal of the reference in other OCA adversary proceedings, the Court stated that doctors should file their motions for withdrawal of

2

the reference when discovery was completed and the cases were ready for trial.  (*See* Civ. A. No. 06-2933, R. Docs. 31, 42). Although the Newberns filed their motion to withdraw later than some of the other doctors, the Court finds no meaningful distinction between the posture of their case and the reference in the other OCA adversary proceedings that the Court has withdrawn.  Accordingly, for the reasons articulated in the Court's November 5, 2007 Order in Civ. A. No. 06-2933, the Court GRANTS the Newberns' motion to withdraw the reference to the Bankruptcy Court.


New Orleans, Louisiana, this 10th day of September, 2008.


_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE